IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALEXANDER WILD,** | : | **Civil No. 1:19-CV-0267** |
| Plaintiff, | : | |
| v. | : | |
| **ADVANCED TERMITE CONTROL, INC.,** | : | |
| Defendant. | : | **Judge Sylvia H. Rambo** |

## O R D E R

AND NOW, this 30th day of August, 2019, in accordance with the court's previous orders (Docs. 29-30) requiring Defendant to obtain counsel, **DEFAULT IS HEREBY ENTERED** against Defendant Advanced Termite Control, Inc., for failure to obtain counsel, answer, plead, or otherwise respond to the complaint in this matter.

        s/Sylvia Rambo
        SYLVIA H. RAMBO
        United States District Judge